**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND,**
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| | * | |
| | * | |
| v. | * | **CRIMINAL NO. PWG18-463** |
| | * | |
| **MING ZHANG,** | * | |

*Defendant*

## MOTION TO SEAL

COMES NOW, the Defendant, Ming Zhang, by and through her undersigned counsel, Marc G. Hall, Esquire, hereby requests this Honorable Court for an Order sealing the attached Proposed Sealed Filing. In support of this request, the defendant states that this Filing describes issues that are of a personal nature and that the disclosure of this information could be embarrassing for the defendant.

WHEREFORE, the Defendant requests that this Motion, the Order, and the Filing be sealed.

.                                                                                                Respectfully Submitted,


                                                                         /S/
                                                                    _____
                                                                    Marc G. Hall, Esquire
                                                                    LAW OFFICES OF MARC G. HALL
                                                                    Federal Bar No. 01386
                                                                    7474 Greenway Center Drive

Suite 150
Greenbelt MD  20770
(301) 313-0209

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that on this 19th day of SEPTEMBER 2019, a copy of the foregoing Motion was e-mailed, to: Office of the United States Attorney, U.S. Courthouse, 6500 Cherrywood Lane, Greenbelt, MD 20770.

                              /S/
                              Marc G. Hall, Esquire
                              Federal Bar No. 01386